IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER STROME,<br><br>        Plaintiff,<br><br>   v.<br><br>DBMK ENTERPRISES, INC., a California corporation; et al.,<br><br>        Defendants.<br>_____/ | No. C 14-02398 SI<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS** |

On May 23, 2014, plaintiff Jennifer Strome filed a complaint against defendants DBMK Enterprises, Inc., Michael Sanchez, Jr., and Debra Ann Sanchez. Docket No. 1. On June 17, 2014, defendants filed a motion to dismiss the complaint for failure to state a claim. Docket No. 13. On June 24, 2014, plaintiff filed a first amended complaint, mooting defendants' motion to dismiss. Docket No. 17; *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"). Accordingly, the Court DENIES as moot defendants' motion to dismiss. Docket No. 13.

**IT IS SO ORDERED.**

Dated: June 24, 2014

SUSAN ILLSTON
United States District Judge