**Jennifer Strome**
**127 W83rd St, #236**
**New York, NY 10024**
**Tel. 917-951-7441**
**Fax 212-867-8686**
**contact@jenniferstrome.com**



July 10, 2014

Honorable Susan Illston
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, Ca. 94102

      RE: Request for Extension of Time to Respond to Motion to Dismiss in *Strome v. DBMK, Inc.*, et al., Case No. CV 14 02398 SI.

Dear Judge Illston,

      This letter is to request an extension of time, pursuant to Federal Rule of Civil Procedure 6(b)1, for an extension of time to oppose the Motion to Dismiss filed on July 10, 2014 by Defendants DBMK, Inc., Michael Sanchez and Debra Sanchez in the above-captioned matter. Good cause exists for granting this extension because I am leaving the country for a two-week trip beginning tomorrow morning, July 11, 2014 and will not return until July 25, 2014. Furthermore, I anticipate that a fourth defendant, Vincent Sanchez will be filing a responsive pleading no later than August 4, 2014. Accordingly I would request that the Court set the deadline for my opposition to the Motion to Dismiss for August 18, 2014, which will coincide with my deadline to oppose Vincent Sanchez's motion to dismiss, should he decide to file one. The Court should also set the reply and hearing to such dates as it deems to be appropriate based on an August 18, 2014 opposition deadline.

Respectfully,

Jennifer Strome
Pro Se

```
The motion to dismiss is continued to 9/5/14 at 9:00 a.m.
Any opposition shall be filed by 8/18/14 and any reply shall be filed by 8/25/14.
```