


AMY ALVIS
MARIE G. QUASHNOCK
BARBARA A. FRANTZ
EDWARD YOUNGER
REVE BAUTISTA

August 11, 2014

Honorable Susan Illston
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:   Request for leave to file Joint Opposition Brief to Motions to Dismiss filed by Defendants in *Strome v. DBMK Enterprises Inc. et al.*, Case No. CV 14 02398 SI

Dear Judge Illston,

    This letter is to request leave to file a joint opposition to the Motions to Dismiss filed by Defendants DBMK Enterprises Inc., Michael Sanchez and Debra Sanchez on July 10, 2014 and by Defendant Vincent Sanchez on August 4, 2014. I have contacted counsel for the Defendants, Philip. J. Terry, who represents all four defendants, and he has informed me that he does not object to plaintiff filing a joint opposition to both motions. The undersigned counsel does not anticipate the need for an extension of the 25-page limit for plaintiff's opposition memorandum (L.R. 7-3).

                                                    Regards,

                                                   /Marie Quashnock/

                                                   Marie Quashnock, Esq.

cc: Philip J. Terry