IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER STROME,                              No. C 14-02398 SI

        Plaintiff,                          **PRETRIAL PREPARATION ORDER**

  v.

DBMK ENTERPRISES INC,

        Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 23, 2015 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 2, 2015.

DESIGNATION OF EXPERTS: 3/6/15; REBUTTAL: 3/16/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 17, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by 4/24/15;

    Opp. Due 5/8/15;  Reply Due 5/15/14;

 and set for hearing no later than May 29, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 7, 2015 at 3:30 PM.

JURY TRIAL DATE: July 20, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3-5  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to either Magistrate Judge James or Spero for settlement.  The settlement conference shall occur in November 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/14
_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California