Marie G. Quashnock (SBN 153567)
marie@aqalegal.com
Edward Younger (SBN 278232)
ed@aqalegal.com
**ALVIS QUASHNOCK AND ASSOCIATES, a PC**
613 First Street, Suite 202, Brentwood, CA  94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008

*Attorneys for Plaintiffs Jennifer Strome and LELJ, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER STROME, an individual, in her individual capacity and in her capacity as the administrator of the Estate of Frances M. Sanchez,<br><br>Plaintiff,<br><br>v.<br><br>DBMK ENTERPRISES, INC., a California corporation, MICHAEL SANCHEZ JR., an individual, and DEBRA SANCHEZ, an individual, and VINCENT SANCHEZ, an individual,<br><br>Defendants | Case No.  CV 14 2398 SI<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Case No. CV 14 2398 SI - STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**ALVIS QUASHNOCK AND ASSOCIATES, PC**

By: /Marie G. Quashnock/
Marie G. Quashnock

613 First Street, Suite 202
Brentwood, CA  94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008
*Attorneys for Plaintiffs:*
*Jennifer Strome and LELJ, Inc*

**CARLE MACKIE POWER & ROSS, LLP**

By: /Philip J. Terry /
Philip J. Terry

100 B. Street, Suite 400,
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile:  (707) 526-4707
*Attorneys for Defendants:*
*DBMK Enterprises, Inc.,*
*Michael Sanchez Jr.,*
*Debra Ann Sanchez and Vincent Sanchez*

IT IS SO ORDERED:

Dated: 2/5/15

[signature]

District Court Judge